UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB PABON,<br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:15-cr-00592-1<br>No. 2:20-cv-02534 |

**O R D E R**

**AND NOW**, this 12th day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion to Lift Stay, ECF No. 383, is **GRANTED**.

2. The stay issued on May 28, 2020, is **LIFTED**.

3. The Motion to Vacate, ECF No. 315, is **DENIED**.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court shall **CLOSE** the above-captioned actions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge